**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

—————————

**No. 14-7250**

—————————

ANTHONY C. BARRETT,

                    Plaintiff – Appellant,

          v.

UNITED STATES OF AMERICA,

                    Defendant - Appellee.

—————————

Appeal from the United States District Court for the Northern
District of West Virginia, at Wheeling.   Frederick P. Stamp,
Jr., Senior District Judge.   (5:14-cv-00010-FPS-JSK)

—————————

Submitted: October 16, 2014          Decided: October 22, 2014

—————————

Before MOTZ, WYNN, and THACKER, Circuit Judges.

—————————

Affirmed by unpublished per curiam opinion.

—————————

Anthony C. Barrett, Appellant Pro Se. Helen Campbell Altmeyer,
Assistant United States Attorney, Wheeling, West Virginia, for
Appellee.

—————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anthony C. Barrett appeals the district court's order adopting the magistrate judge's recommendation to dismiss for lack of subject matter jurisdiction his action filed under the Federal Tort Claims Act, 28 U.S.C. § 1346(b)(1) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Barrett v. United States, No. 5:14-cv-00010-FPS-JSK (N.D.W. Va. Aug. 19, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED